# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRIAN DOLEZAR,**
     **Plaintiff,**

  v.                                  Case No. 15-C-909

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
     **Defendant.**

## ORDER

**IT IS ORDERED** that the Commissioner's motion (R. 13) to dismiss or, in the alternative, to stay is **GRANTED** in part. This matter is **STAYED** pending resolution of the motion to amend the complaint filed by the plaintiffs in Ash, et. al. v. Colvin, No. 15-C-149, removing Brian Dolezar as a plaintiff in that case. The parties are directed to advise the court when the motion to amend is resolved.

Dated at Milwaukee, Wisconsin this 9th day of February, 2016.

                                            /s Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge